Submitted April 20, 2011.[*]

Filed May 10, 2011.

Michael Franquinha, Aguirre Law Group APC, Phoenix, AZ, for Petitioner.

Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, Jessica Eden Sherman, Esquire, Michelle Gorden Latour, Esquire, Assistant Director, DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

Before: RYMER, THOMAS, and PAEZ, Circuit Judges.

## MEMORANDUM [**]

Karina Pimentel–Ornelas, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal from an immigration judge's decision denying her application for cancellation of removal. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, *Mercado–Zazueta v. Holder*, 580 F.3d 1102, 1104 (9th Cir.2009), and we grant the petition for review.

The BIA decided this case without the benefit of our decision in *Mercado–Zazueta v. Holder*, in which we held that for purposes of satisfying the five years of lawful permanent residence required under 8 U.S.C. § 1229b(a)(1), a parent's status as a lawful permanent resident is imputed to the unemancipated minor children

residing with that parent. 580 F.3d at 1113–16. Accordingly, we grant the petition for review and remand to the BIA for further proceedings. *See INS v. Ventura*, 537 U.S. 12, 16, 123 S.Ct. 353, 154 L.Ed.2d 272 (2002) (per curiam).

**PETITION FOR REVIEW GRANTED; REMANDED.**

**Esther PORTILLO, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 09–70334.**

United States Court of Appeals, Ninth Circuit.

Submitted April 20, 2011.[*]

Filed May 10, 2011.

David Andrew Schlesinger, Esquire, Jacobs Schlesinger Ople & Sheppard LLP, San Diego, CA, for Petitioner.

OIL, Jem C. Sponzo, Esquire, Matthew Allan Spurlock, Ada Elsie Bosque, Trial, DOJ–U.S. Department of Justice, Wash-

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

ington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: RYMER, THOMAS, and PAEZ, Circuit Judges.

### MEMORANDUM [**]

Esther Portillo, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal from an immigration judge's order pretermitting her application for cancellation of removal. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, *Mercado–Zazueta v. Holder*, 580 F.3d 1102, 1104 (9th Cir.2009), and we grant the petition for review.

The BIA decided this case without the benefit of our decision in *Mercado–Zazueta v. Holder*, in which we held that for purposes of satisfying the five years of lawful permanent residence required under 8 U.S.C. § 1229b(a)(1), a parent's status as a lawful permanent resident is imputed to the unemancipated minor children residing with that parent. 580 F.3d at 1113–16. Accordingly, we grant the petition for review and remand to the BIA for further proceedings. *See INS v. Ventura*, 537 U.S. 12, 16, 123 S.Ct. 353, 154 L.Ed.2d 272 (2002) (per curiam).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**PETITION FOR REVIEW GRANTED; REMANDED.**

Richard Earl **GEORGE**, Petitioner–Appellant,

v.

**V.M. ALMAGER**, Warden and District Court of California, Southern District, Respondents–Appellees.

No. 09–56835.

United States Court of Appeals, Ninth Circuit.

Submitted May 5, 2011.*

Filed May 10, 2011.

Richard Earl George, Imperial, CA, pro se.

Janice M. Deaton, La Jolla, CA, for Petitioner–Appellant.

Robin Helene Derman, Esquire, Office of the California Attorney General, San Diego, CA, for Respondents–Appellees.

Before: REINHARDT and HAWKINS, Circuit Judges, and COGAN, District Judge.**

** The Honorable Brian M. Cogan, United States District Judge for the Eastern District of New York, sitting by designation.